# EXHIBIT A

# BANCO POPULAR®

Banco Popular
PO Box 362708
San Juan, Puerto Rico 00936-2708
Teléfonos: (787) 765-9800, (787) 751-9800

974+ B. CORP DETALLISTAS-MAYORISTAS

BIOMASS GREEN FUELS LLC
PMB 796
1353 AVE LUIS VIGOREAUX
GUAYNABO PR 00966-2715

## Aviso de Débito - Debit Advice
### Transferencia de Fondos Enviada / Money Transfer Sent

| Cuenta Debitada / Account Debited | Cantidad Debitada / Amount Debited | Fecha de Efectividad / Value Date |
|---|---|---|
| 347-276244 | $1,029,460.00 | 04/25/22 |

| Número de Referencia (ICN) / Reference Number (ICN) | Cantidad Transferida / Transferred Amount |
|---|---|
| 220425-001789-000 | $1,029,400.00 |

### Detalles / Details of Payment

PAGO FACTURA 40486

| Banco Beneficiario / Beneficiary Bank | Beneficiario / Beneficiary Customer |
|---|---|
| BK AMER NYC | GALILEO TECHNOLOGIES CORPORATION |
| 41 BROAD STREET | 333 CEDAR AVENUE MIDDLESEX |
| PO BOX 466 CHURCH ST STA | MIDDLESEX    NEW JERSEY |
| NEW YORK    NEW YORK | |

La diferencia entre la cantidad debitada y la cantidad transferida representa nuestra comisión.
The difference between the amount debited and the transferred amount represents our commission.

Departamento de Transferencias de Fondos / Funds Transfers Department
(787) 724-3650

BES02 03-2003

# BANCO POPULAR®

Banco Popular
PO Box 362708
San Juan, Puerto Rico 00936-2708
Teléfonos: (787) 765-9800, (787) 751-9800

974+ B. CORP DETALLISTAS-MAYORISTAS

BIOMASS GREEN FUELS LLC
PMB 796
1353 AVE LUIS VIGOREAUX
GUAYNABO PR 00966-2715

## Aviso de Débito - Debit Advice
### Transferencia de Fondos Enviada / Money Transfer Sent

| Cuenta Debitada / Account Debited | Cantidad Debitada / Amount Debited | Fecha de Efectividad / Value Date |
|---|---|---|
| 347-276244 | $108,060.00 | 04/25/22 |

| Número de Referencia (ICN) / Reference Number (ICN) | Cantidad Transferida / Transferred Amount |
|---|---|
| 220425-001790-000 | $108,000.00 |

### Detalles / Details of Payment

PAGO FACTURA 21000023A

| Banco Beneficiario / Beneficiary Bank | Beneficiario / Beneficiary Customer |
|---|---|
| BANCO POPOLARE SOC.COOP. | TECNO PROJECT INDUSTRIALE SRL |
| VIA ZAMBONATE, 58 PIAZZA PONTIDA,7 | VIA ENRICO FERMI 40 24035 |
| BERGAMO | CURNO |
| ITALY | ITALY |

La diferencia entre la cantidad debitada y la cantidad transferida representa nuestra comisión.
The difference between the amount debited and the transferred amount represents our commission.

Departamento de Transferencias de Fondos / Funds Transfers Department
(787) 724-3650