# EXHIBIT C

IN-BRIEF

# Casa Bravada distillery in Toa Baja launches 1st Puerto Rico-made vodka

Michelle Kantrow-Vázquez November 10, 2021



From left: Claudia Ferrer, Gov. Pedro Pierluisi — on hand for the inauguration — and Carlos López.

Puerto Rican entrepreneurs Carlos J. López-Vidal and Claudia Ferrer-Tañón inaugurated the first local vodka distillery Casa Bravada — which entailed a $1.5 million investment — and their Bravada Vodka, a 100% artisanal product, manufactured in Toa Baja.

"Casa Bravada arises from a dream to establish a family business together with my husband Carlos, with a vision to leave a legacy in the Puerto Rico´s brewing industry. The pandemic gave us time to reflect and start the great and

challenging project of setting up our own distillery," said Ferrer-Tañón, president of Casa Bravada.

"In addition to the Casa Bravada opening, we developed the first premium vodka distilled in Puerto Rico from scratch, Bravada Vodka," she said.

Bravada Vodka is the first and only Puerto Rican grain-based vodka, distilled six times in copper alembic and in small batches, using the highest standards in its raw materials to guarantee the highest product quality control.

The 6,000 square-foot Casa Bravada "has capacity to produce 600,000 bottles of our flagship product per year," said López, who is CEO of the operation.

"Accounting for an overall investment of $1.5 million, this operation generates more than 50 direct jobs and 200 indirect jobs. More importantly, Bravada Vodka is a vodka elaborated in Puerto Rico with a pure and smooth taste; and its price per bottle is entirely affordable to the local consumer," he said.

The Casa Bravada distillery has the support of the Department of Economic Development and Commerce (DDEC, in Spanish) and the endorsement of the Puerto Rico government as local manufacturers, they said.

Puerto Rico Supplies Group will handle the distribution of Bravada Vodka and the product will be available in different points of sale throughout the island in its 750ml bottle, whose design is "allusive and inspired by the island."

Medio Ambiente (https://elnuevodiario.com.do/medio-ambiente/)

# Casa Brugal will recover CO2 from its distillery to further reduce its environmental impact



📷 Olmar López Vidal, general manager of Green CO2 and Claudia Carvahlo, Regional Director of the Caribbean (External source)

Casa Brugal signed a strategic alliance with Green CO2, a Dominican firm dedicated to the recycling and recovery of gases for industrial uses, to further reduce the environmental impact in the Distillery that produces the alcohols for the largest rum producer in the Dominican Republic.

The main objective of the alliance is to recover much of the CO2 produced during the distillation process for use in the food and refrigeration industries, as well as medical applications and as a chemical agent for firefighting.

Luis Vargas, director of Primary Production at Casa Brugal, said that the project will allow the recovery of 400 tons of CO2 per month, reducing imports and, even more importantly, emissions of 4,800 tons of CO2 per year.

"At Casa Brugal, while we produce a country brand that is an ambassador for the best of ours, we work tirelessly to reduce our environmental impact and contribute more and more to preserving the environments where we operate. With this strategic alliance we take a big step in that direction," said the executive.

The alliance includes two contracts. The first will allow the recovery of the CO2 produced during the fermentation process of the Distillery from a plant that will be built and operated by Green CO2. The second, between the latter company and Linde Gas Dominicana, guarantees the acquisition and commercialization of CO2.

Green CO2 is dedicated to the design, manufacture, supply and operation of recycling and gas recovery systems for industrial uses. While Linde is a world leader in the gas and engineering industry providing chemical and refining products.

Olmar López Vidal, general manager of Green CO2 and Claudia Carvahlo, Regional Director of the Caribbean, signed the agreement with Casa Brugal and highlighted the importance it has for both the economy and the country's environment.

"Casa Brugal, as part of the Edrington Group, aims to reduce its greenhouse gas emissions to become carbon neutral by 2030. This CO2 recovery project, as well as other energy efficiency and clean energy projects, will allow us to achieve this objective and thus be part of the solution to global environmental challenges," concluded Luis Vargas.

