IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| Gregory Boyd, et al., | ) | Case No. 3:22-cv-1190 (ADC) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Olmar López Vidal, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**JOINT MOTION WITH OLMAR LOPEZ VIDAL, OLMAR LOPEZ GOMEZ, AND GEORGE ECONOMOU, THEIR WIVES, AND RESPECTIVE CONJUGAL PARTNERSHIPS, ENTERING APPEARANCE AND STIPULATING DEADLINE TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD**

**TO THE HONORABLE COURT**

Come now Plaintiffs Gregory Boyd, and Jonathan Lassers, individually and on behalf of Biomass Green Fuels, LLC ("BGF") and GFC Holdings, LLC ("GFC") (collectively, "Plaintiffs") and Olmar López Vidal, Cristina Rios Mena, and their conjugal partnership, Olmar López Gómez, Vivian Vidal de López, and their conjugal partnership, and George Economou, Lidiana Rodríguez and their conjugal partnership and respectfully state and pray:

1. The appearing parties have discussed the outstanding Motion for Service by Publication as to Olmar López Vidal, Cristina Rios Mena, their conjugal partnership, Olmar López Gómez, Vivian Vidal de López, and their conjugal partnership as well as Plaintiffs' outstanding efforts to serve George Economou, Lidiana Rodríguez and their conjugal partnership [the Appearing Defendants].

2. Plaintiffs and Appearing Defendants have agreed that Appearing Defendants will voluntarily appear before the Court without the need to be served—all appearing parties in

this motion reserving their respective rights, claims and defenses—and that Appearing Defendants shall have 30 days from the filing of this motion to answer the Complaint or otherwise plead.

3. The appearing Defendants do not waive their rights as to any pending matter, in particular, with respect to the outstanding Motion for a TRO (Docket No. 31) and for Expedited Discovery (Docket No. 32).

**WHEREFORE,** Plaintiffs and Appearing Defendants very respectfully ask this Court to take note of the above and, as a consequence, grant Appearing Defendants 30 days to answer the Complaint or otherwise plead without Appearing Defendants waiving their rights as to any pending motions.

In San Juan, Puerto Rico, this 2nd day of June, 2022.

**WE HEREBY CERTIFY** that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Respectfully submitted,

/s/JaneABeckerWhitaker
P.O. Box 9023914
San Juan, PR 00902-3914
Telephone: (787) 945-2406
USDC-PR No. 2015110
Email: janebeckerwhitaker@gmail.com
         jbw@beckervissepo.com

JOHN F. MARSH (*pro hac vice* pending)
BAILEY CAVALIERI LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Telephone: (614) 229-3230
Facsimile: (614) 221-0479
Email: jmarsh@baileycav.com
*Counsel for plaintiffs*

                                    **ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
JOSE L. RAMIREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com

*Counsel for Appearing Defendants*