**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **GREGORY BOYD *et al.*,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**OLMAR LÓPEZ -VIDAL *et al.*,**<br><br>**Defendants** | **CIVIL NO. 22-01190 (GMM-MEL)** |

**INFORMATIVE MOTION AND REQUEST TO VOLUNTARILY TERMINATE MOTION FOR CONTEMPT AS TO OLMAR LÓPEZ-GÓMEZ**

**COME NOW** non-parties VRM Penzini Capital, LLC and VRM Penzini Fund I, LLC Renewable Series II (collectively the "VRM Parties"), and very respectfully state and pray as follows:

1. On July 20, 2023 certain parties in this litigation executed before the Court a Settlement Agreement and Release ("Settlement Agreement"). The Settlement Agreement was conditioned on the VRM Parties acquiring 100% of the existing GFC preferred and common membership unit plus the convertible notes for a total valuation of $20,907,843 ("Purchase Price"), which includes the consideration to be paid plus the assumption of up to $1,200,000.00 in GFC's account payables.

2. Under the Settlement Agreement, Plaintiffs, Semillero Partners, LLC, Puerto Rico Fund for Growth, Community Development Venture Capital Alliance and VRM Parties entered into Membership Interest Purchase Agreements ("MIPA's") in which they all agreed to sell their membership interests in GFC to VRM Parties upon closing of the transaction to take place on October 18, 2023. One of the conditions of the MIPA's is that the VRM Parties acquire 100% of

the GFC membership interests.

3. Since the Settlement Agreement was conditioned on the VRM Parties acquiring 100% of the existing GFC preferred and common membership units plus the convertible notes, under GFC's Operating Agreement, as amended, the GFC members who decided not to enter into the Settlement Agreement (i.e., Olmar López Vidal and Olmar López Gómez)[1] as well as non-party preferred members Waleska Rivera, Parliament Capital Series II, LLC and Johnny Fernández (Flexitank, Inc.) were provided "drag along" notices which required all of them to sell their membership units to GFC under the same terms and conditions of the MIPA's. Upon consummation of the "drag along" rights, VRM Penzini Capital would have become 100% owner of the membership interests of GFC, as required under the Settlement Agreement.

4. Waleska Rivera, Parliament Capital Series II, LLC, Johnny Fernández (Flexitank, Inc.), Olmar López Gómez and Olmar López Vidal refused to execute MIPA's, as required under the 'drag along" notices and sell their membership interests to the VRM Parties. For this reason, the closing of the transactions contemplated in the Settlement Agreement never occurred and the Settlement Agreement was terminated.

5. On September 29, 2023 the Settling Parties filed an "Urgent Petition for Entry of Contempt Order" against the Lópezes (the "Motion for Contempt")(Dkt. No. 295) that remains currently pending before the Court.

6. In the meantime, Banco Popular de Puerto Rico filed a complaint for collection of monies and foreclosure of collateral against GFC, BGF and certain guarantors in the Court of First Instance of the Commonwealth of Puerto Rico, San Juan Part.

[1] Mr. López Gómez, as a member of the Board of Managers of GFC voted to approve the execution of the Settlement Agreement by GFC and BGF.

7. Against this backdrop, on September 20, 2024 the majority of the members of GFC (including Olmar López Gómez) approved an asset purchase proposal presented by VRM Penzini Fund I, LLC Renewable Series II and a Letter of Intent was agreed, accepted and executed by GFC.[2]

8. Due diligence continues and the closing of the transaction contemplated in the Letter of Intent is scheduled to occur on or before December 31, 2024.

9. After the execution of the Letter of Intent, the VRM Parties and Semillero entered into a settlement agreement with Olmar López Gómez, resulting in the dismissal with prejudice of all claims filed by López Gómez in the Commonwealth Action referenced to in the Motion for Contempt. See, ¶12 (Dkt. No. 295).

10. For the same reason, the VRM Parties hereby inform the Court of their decision to withdraw the Motion for Contempt, **but only as to Olmar López Gómez**.

**WHEREFORE**, the appearing non-parties, VRM Parties, request that the Court take notice of the foregoing and of their decision to withdraw the Motion for Contempt but only as to Olmar López Gómez.

**RESPECTFULLY SUBMITTED**.

In Guaynabo, Puerto Rico this 7th day of October 2024.

[2] Olmar López Vidal voted against the approval of the Letter of Intent.

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that on this date, we have filed the foregoing with the Clerk of the Court through the CM/ECF system which will automatically send notice of filing to all attorneys of record.

**DELGADO & FERNÁNDEZ, LLC**
P.O. Box 11750
San Juan, Puerto Rico 00910
Tel.: (787) 274-1414
Fax: (787) 274-1616
afernandez@delgadofernandez.com

*s/ Alfredo Fernández Martínez*
Alfredo Fernández Martínez
USDC-PR No. 210511

***Attorney for VRM Penzini Capital, LLC and VRM Penzini Fund I, LLC Renewable Series II***