**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Gregory Boyd, et al., <br><br> Plaintiffs, <br> v. <br><br> Olmar López-Vidal, et al., <br><br> Defendants. | **Civil No. 22-1190 (GMM)** |

### Case Management Order

The Court issues this Case Management Order (CMO) pursuant to Fed. R. Civ. P. 16(b) and Local Civil Rule 16 to schedule and plan the course of litigation to achieve a just, speedy, and inexpensive determination of this action. Fed. R. Civ. P. 1. Counsel will: (1) read this CMO thoroughly and comply with it strictly; (2) as officers of the Court, conduct themselves with utmost civility and professionalism toward the Court and each other; (3) faithfully adhere to the Federal Rules of Civil Procedure and the Court's Local Rules; and (4) earnestly attempt to resolve discovery disputes without the need for Court intervention.

To that end, the Court imposes the following deadlines:

| Event | Deadline |
|---|---|
| Consent (or lack thereof) to try case by Magistrate Judge | **February 25, 2025** |
| Initial Rule 26 disclosures | **March 4, 2025.** |
| For Plaintiff to disclose experts, expert witness summaries and reports, as required by Fed. R. Civ. P. | **June 9, 2025** |

Civil No. 22-cv-1190 (GMM)
Page – 2 –

| | |
|---|---|
| 26(a)(2) | |
| For Defendant disclose experts, expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2) | **August 8, 2025** |
| Conclusion of all Discovery (fact and expert) | **October 10, 2025** |
| To file dispositive motions | **November 28, 2025** |
| To file oppositions to dispositive motions | **January 9, 2026**<br><br>Replies and sur-replies are allowed. They should be submitted without further Court authorization not later than seven (7) days after filing of the motion they are responding to. |

- Motions for summary judgment, oppositions, replies, and sur-replies must comply with Fed. R. Civ. P. 56, Local Civ. R. 56, and Local Civ. R. 7. Further, the motions shall be accompanied by certified or stipulated English translation of any supporting document not in the English language.

- The Parties shall deliver a courtesy copy of all dispositive motion materials (dispositive motions, oppositions, replies, and sur-replies), together with their supporting documents to the Clerk's Office Room 325, Old San Juan Courthouse in an envelope or box directed to the undersigned's chamber if they are more than 25 pages, exhibits included. The copies shall be double-sided, bound, and exhibits shall be numbered and separated by tabs. The exhibits shall include an index. **Courtesy copies are due three (3) days after the corresponding motion was filed**. Failure to comply may result in sanctions, economic or otherwise, including the corresponding motion being stricken from the record.

- The Court will not accept "hybrid motions", e.g., "to dismiss and/or summary judgment", "*in limine* or summary judgment".

Civil No. 22-cv-1190 (GMM)
Page – 3 –

- **Jury Trial is set for November 2, 2026, at 9:00 a.m. in Old San Juan Courthouse.**

- **Pre-trial Conference is set for October 5, 2026, at 10:00 a.m. in Old San Juan Courthouse.**

- Deadline to file a Joint Proposed Pre-trial Order: **thirty (30) days after the Court's ruling on any dispositive motions.**

- **Motions *in limine* shall be filed on or before May 8, 2026.**

- Pursuant to Fed. R. Civ. P. 41(b), the Court may impose sanctions, including dismissal, for failure to prosecute or to comply with the Federal Rules of Civil Procedure and the Court's Local Rules, or this CMO.

- The deadlines in this CMO will be strictly enforced and will not be extended without **good cause**.

- Any motion seeking an extension of time must be filed in advance of the deadline. It shall include the specific reasons why the Court should extend the discovery deadline. The parties are not allowed to extend discovery on their own by mutual agreement. The parties may not agree to stay the discovery. A stay of proceedings requires a Court order. In the absence of a Court order, discovery shall continue even if there is a dispositive motion pending.

- No later than **February 25, 2025**, the parties will file a joint motion stating whether they consent to have this case assigned to a United States Magistrate Judge for all further proceedings and entry of judgment pursuant to 28 U.S.C. § 636 (c)(1). AO Form 85, Notice, Consent and Order of Reference - Exercise of Jurisdiction by a Magistrate Judge, may be used. The parties are free to withhold consent from proceeding to judgment before a magistrate judge without adverse substantive consequences. *See* 28 U.S.C. § 636(c)(2); Fed.R.Civ.P. 73(b)(2). Each party has a constitutionally protected right to proceed to trial before an Article III judge. Nonetheless, the parties' failure to jointly comply with this order by the date set forth above will be considered implicit consent to try the case before a magistrate judge

Civil No. 22-cv-1190 (GMM)
Page – 4 –

and to the entry of judgment by that magistrate judge. *See* Roell v. Withrow, 538 U.S. 580, 590 (2003).

IT IS SO ORDERED

In San Juan, Puerto Rico, February 12, 2025.


                              s/Gina R. Méndez-Miró
                              GINA R. MÉNDEZ-MIRÓ
                              UNITED STATES DISTRICT JUDGE