**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**GREGORY BOYD *et al.*,**

Plaintiffs

v.

**OLMAR LOPEZ-VIDAL *et al.*,**

Defendants

Civil No. 22-1190 (GMM-MEL)

**MOTION TO DISMISS**

**COME NOW** Plaintiffs, Gregory Boyd and Jonathan Lassers and derivative Plaintiffs Biomass Green Fuels, LLC and GFC Holdings, LLC, who very respectfully state and pray as follows:

1. Pursuant to the terms of a Confidential Settlement Agreement, Exhibit 1, Plaintiffs move to dismiss all their claims against Olmar Lopez Vidal, Cristina Rios Mena, and their conjugal partnership with prejudice.
2. Plaintiffs ask that this Honorable Court retain jurisdiction over the Confidential Settlement Agreement.

**WHEREFORE,** the Plaintiffs, Gregory Boyd and Jonathan Lassers very respectfully ask this Honorable Court to dismiss all their claims against Olmar Lopez Vidal, Cristina Rios Mena, and their conjugal partnership with prejudice subject to the terms of the Confidential Settlement Agreement.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on June 4, 2025.

**<u>CERTIFICATE OF SERVICE</u>**

**We hereby inform:** that on this date, we have presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system for notice of all settling parties.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel. (787) 585-3824
E-mail: janebeckerwhitaker@gmail.com

S/Jean Paul Vissepó Garriga/
**JEAN PAUL VISSEPÓ GARRIGA**
USDC No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel. (787) 633-9601 / E-mail: jp@vissepolaw.com

S/ Luis E. Miñana/
Luis E. Miñana, Esq.
PR RUA No. 16297 USDC-PR No. 225608
**ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC.**
122 Calle Manuel Dómenech Altos Urb. Baldrich San Juan, PR 00918
minanalaw@yahoo.com www.securitiesatty.com Tel.: (787) 758-1999 Mob. (787) 402-2226