**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **Gregory Boyd, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**Olmar López-Vidal, et al.,**<br>**Defendants.** | **Civil No. 22-1190 (GMM)** |

## PARTIAL JUDGMENT

On June 4, 2025, the Plaintiffs Jonathan Lassers and Gregory Boyd's and Defendants Olmar López-Vidal, Cristina Ríos-Mena, Conjugal Partnership López-Ríos, filed a *Motion to Dismiss* notifying the Court that they have executed a confidential settlement agreement in the instant case. (Docket Nos. 698). Today, on June 5, 2025, Plaintiffs also filed *Motion to Dismiss* claims as to Green Hydrogen, LLC, Green CO2 Dominicana LLC of Puerto Rico, Green CO2 Dominicana S.R.L., and Green CO2, LLC, under the terms of the same confidential settlement agreement. Pursuant to this Court's Orders at Docket Nos. 704 and 705, Partial Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiffs Jonathan Lassers and Gregory Boyd's claims against Defendants Olmar López-Vidal, Cristina Ríos-Mena, Conjugal Partnership López-Ríos, Green Hydrogen, LLC, Green CO2 Dominicana LLC of Puerto Rico, Green CO2 Dominicana S.R.L., and Green CO2, LLC.

Costs, expenses, or attorney's fees will not be imposed. The Court shall retain jurisdiction over the confidential settlement agreement.

IT IS SO ORDERED

IN San Juan, Puerto Rico, June 5, 2025.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE