**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**GREGORY BOYD** *et al.*,

    Plaintiffs

    v.

**OLMAR LOPEZ-VIDAL** *et al.*,

    Defendants

Civil No. 22-1190 (GMM-MEL)

**MOTION FOR LEAVE TO FILE A REPLY TO OPPOSITION TO MOTION TO**

**WITHDRAW MOTION TO DISMISS**

**TO THE HONORABLE COURT:**

    **COME NOW** Plaintiffs, Gregory Boyd and Jonathan Lassers and Plaintiffs Biomass Green Fuels, LLC and GFC Holdings, LLC, derivatively and on their own behalf, through the undersigned counsel and very respectfully state and pray as follows:

1. Roberto Abesada, Esq. has filed an Opposition to Plaintiffs' Motion to Withdraw the Motion to Dismiss filed by Biomass Green Fuels, LLC and GFC Holdings, LLC, which raised issued that are not touched upon in the Motion to Withdraw, such as the purported conflict of interest of the undersigned. The Opposition also argues that the relevant Operating Agreement grants "exclusive" power to the Board of Managers to run the companies, even though that board was appointed by a minority of the owners.

2. The appearing parties very respectfully ask this Court's leave to file the attached Draft

1

Reply and its Exhibits in order to rebut these new arguments.

**WHEREFORE,** the Plaintiffs, Gregory Boyd and Jonathan Lassers on their own behalf and Plaintiffs Biomass Green Fuels, LLC and GFC Holdings, LLC, derivatively and on their own behalf very respectfully ask this Honorable Court for leave to file the attached Draft Reply and its Exhibits.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on July 16, 2025.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel. (787) 585-3824
E-mail: jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

S/Jean Paul Vissepó Garriga/
**JEAN PAUL VISSEPÓ GARRIGA**
USDC No. 221504
PO Box 367116
San Juan, PR 00936-7116
Tel. (787) 633-9601 / E-mail: jp@vissepolaw.com

S/ Luis E. Miñana/
Luis E. Miñana, Esq.
PR RUA No. 16297 USDC-PR No. 225608
**ESPADA, MIÑANA, & PEDROSA LAW OFFICES, PSC.**
122 Calle Manuel Dómenech Altos Urb. Baldrich San Juan, PR  00918
minanalaw@yahoo.com www.securitiesatty.com Tel.:  (787) 758-1999 Mob. (787) 402-2226

## CERTIFICATE OF SERVICE

**I hereby inform:** that on this date, I have presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system for notice of all settling parties.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914

San Juan, PR 00902-3914
Tel. (787) 585-3824
E-mail: jbw@beckervissepo.com
janebeckerwhitaker@gmail.com