# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GREGORY BOYD, et al<br><br>**Plaintiffs**<br><br>vs.<br><br>Olmar Lopez Vidal, et al<br><br>**Defendants** | Case Number: 3:22-cv-01190 (GMM)<br><br><br>Jury Trial is Demanded. |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE COURT:**

**COMES NOW,** the Plaintiffs, through the undersigned counsel and very respectfully states, alleges and prays as follows:

1. That the undersigned attorney, Jean Paul Vissepo Garriga, due to personal reasons will no longer appear as co-counsel alongside Jane Becker Whitaker, Esq., representing the Plaintiffs in these proceedings.

2. Pursuant to the Canon 20 of Puerto Rico Ethics Code, Counselor Vissepo Garriga hereby certifies that he has provided all relevant files of the case in his possession to Counselor Jane Becker Whitaker hence is withdrawal will not delay the ongoing proceedings.

3. Counsel, Jean Paul Vissepó Garriga, requests this Honorable Court to **(i)** accept his withdrawal as the client is informed and **(ii)** order the clerk to remove his email from notices regarding this case from being sent  through the CM/ECF filing system.

**WHEREFORE,** Plaintiffs, very respectfully ass this Honorable Court to permit the withdrawal of Jean Paul Vissepo Garriga  as counsel form this case.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on January 20, 2026.

## <u>CERTIFICATION</u>

**I HEREBY CERTIFY** that I have filed this Motion with the Court's CM/ECF filing system which will notify all counsel/parties of record.

**/s/ Jean Paul Vissepó Garriga/**

Jean Paul Vissepó Garriga
U.S.D.C. No. 221504

PO Box 367116
San Juan, PR 00968
Tel. 787 633-9601
E-mail: jp@vissepolaw.com